UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20610-Civ-COOKE/TURNOFF

ELDRICK WOODING, SR.,

    Plaintiff

vs.

FIVE SUNS AVENTURA, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal, ECF No. 59). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers at Miami, Florida, this 4th day of September 2012.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Eldrick Wooding, Sr.,* pro se
*Counsel of record*